944

No. 79–6288.  CLARK v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 79–6289.  JACOBS v. REDMAN, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 79–6291.  DEMARBIEX v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.

No. 79–6292.  GUZMAN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 79–6293.  LUCK v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 79–6294.  McDANIEL v. GUNN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 79–6298.  DIOQUINO v. WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 79–6303.  TILLMAN v. FAUVER, CORRECTION COMMISSIONER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–6310.  PRENZLER v. PIKE ET AL.  Sup. Ct. Cal. Certiorari denied.

No. 79–6315.  CHEEK v. BATES.  C. A. 1st Cir.  Certiorari denied.

No. 79–6354.  PICKING v. HUGHES, GOVERNOR OF MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–6364.  GUANAJUATO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–6368.  WALKER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.